# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-142 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE COLE |
| v. | : | |
| | : | |
| | : | **VERDICT FORM** |
| ALEXANDER SITTENFELD, | : | |
| a/k/a/ "P.G. Sittenfeld," | : | |
| | : | |
| Defendant. | : | |

## COUNT ONE
### (18 U.S.C. §§ 1343, 1346)

1. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

   as to Count One, guilty or not guilty?

   Guilty_____          Not Guilty____✓_____

## COUNT TWO
### (18 U.S.C. §§ 1343, 1346)

2. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

   as to Count Two, guilty or not guilty?

   Guilty_____          Not Guilty____✓_____

## COUNT THREE
## (18 U.S.C. § 666(a)(1)(B))

3. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

   as to Count Three, guilty or not guilty?

   Guilty___✓___          Not Guilty_____

## COUNT FOUR
## (18 U.S.C. § 1951(a), (b)(2))

4. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

   as to Count Four, guilty or not guilty?

   Guilty___✓___          Not Guilty_____

## COUNT FIVE
## (18 U.S.C. § 666(a)(1)(B))

5. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

   as to Count Five, guilty or not guilty?

   Guilty_____          Not Guilty___✓___

**COUNT SIX**
**(18 U.S.C. § 1951(a), (b)(2))**

6. How do you find the defendant, Alexander Sittenfeld, a/k/a "P.G. Sittenfeld,"

 as to Count Six, guilty or not guilty?

 Guilty_____  Not Guilty___✓_____

**The foregoing constitutes the unanimous verdict of the jury.**

___7|8|2022___
Date

3
