No. 22-3677

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 2, 2022
DEBORAH S. HUNT, Clerk

In re:  SCRIPPS MEDIA, INC., dba WCPO-TV,    )
                                             )        O R D E R
            Petitioner.                      )

Before:  WHITE, MURPHY, and DAVIS, Circuit Judges.

Scripps Media, Inc., dba WCPO-TV petitions this court for a writ of mandamus directing the district court to unseal its August 3, 2022, order denying Defendant P.G. Sittenfeld's motion for leave to conduct a forensic exam in *United States v. Sittenfeld*, No. 1:20-cr-00142 (S.D. Ohio filed Nov. 18, 2020).  That order is no longer sealed.  "[I]f events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give meaningful relief, then the case is moot and must be dismissed."  *Sullivan v. Benningfield*, 920 F.3d 401, 410 (6th Cir. 2019) (quoting *Ailor v. City of Maynardville*, 368 F.3d 587, 596 (6th Cir. 2004)).

Accordingly, the petition for a writ of mandamus is **DISMISSED AS MOOT**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk