**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**ALEXANDER SITTENFELD,**
a/k/a "P.G. Sittenfeld",

    **Defendant.**

**Case No. 1:20-cr-142**
**JUDGE DOUGLAS R. COLE**

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 290). The Court has reviewed the evidence in the record and HEREBY FINDS THAT:

On November 18, 2020, a grand jury in the Southern District of Ohio returned a six-count Indictment charging defendant Alexander Sittenfeld, a/k/a "P.G. Sittenfeld", in Count 3 with Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B), and in Count 4 with Attempted Extortion under Color of Official Right, in violation of 18 U.S.C. § 1951(a) and (b)(2). (Doc. 3). Counts 3 and 4 alleged that the defendant agreed to accept $20,000 in bribe payments, which the defendant received on December 17, 2018. (*Id.* at # 34, 41–42).

A forfeiture allegation in the Indictment provided notice to the defendant that the United States would seek the forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any property, real or personal, which constitutes or is

derived from proceeds traceable to the violations including, but not limited to, a sum of money up to $40,000. (*Id.* at # 44).

On July 8, 2022, a jury returned verdicts finding the defendant guilty on Counts 3 and 4 of the Indictment. (Doc. 207).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), the Court finds that the defendant obtained proceeds in the amount of $20,000 from the offenses for which he has been found guilty.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. A personal money judgment in the amount of $20,000 is entered against defendant Alexander Sittenfeld pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), the Preliminary Order of Forfeiture shall become final as to the defendant at sentencing and shall be made part of the sentence and included in the judgment.

3. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

September 19, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**