# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2026

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
May 08, 2026
KELLY L. STEPHENS, Clerk

      **Re:  Alexander Sittenfeld**
          **v. United States**
          **No. 25-49 (Your docket No. 23-3840)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                     Sincerely,

                     SCOTT S. HARRIS, Clerk

                     By

                     M. Altner
                     Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2026

Mr. Noel John Francisco, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

      **Re:   Alexander Sittenfeld**
            **v. United States**
            **No. 25-49 (Your docket No. 23-3840)**

Dear Counsel:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                     Sincerely,

                     SCOTT S. HARRIS, Clerk

                     By

                     M. Altner
                     Assistant Clerk – Judgments

cc:  6th. Cir.
        (Your docket No. 23-3840)

# Supreme Court of the United States

No.  25-49

**ALEXANDER SITTENFELD aka P. G. SITTENFELD,**

Petitioner,

*v.*

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of the pending motion to dismiss the indictment.

April 6, 2026

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States